THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MONIK CHLAD ) CHAPTER 7
ERIC VEHOVC )
) Case No. 13-40141
Debtor )
) HON. JACK B. SCHMETTERER
)

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: POPOWCER KATTEN, LTD.
A/K/A KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to: DAVID P. LEIBOWITZ

Date of Order authorizing Employment: April 28, 2015

Period for Which
Compensation is Sought: From January 4, 2017 through February 27, 2017

Amount of Fees Sought: $ 1,351.50

Amount of Expense Reimbursement Sought: None

This is an: Interim Application_____ Final Application__X__

Previous applications / allowances of this applicant:

Fees Sought: NONE        Fees Allowed: NONE
Costs Sought: NONE       Costs Allowed: NONE

Date: May 25, 2017

Applicant:
By: /s/ Lois West

Lois West, CPA
Certifying Professional

KUTCHINS, ROBBINS & DIAMOND, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| MONIK CHLAD | ) | |
| ERIC VEHOVC | ) | Case No. 13 B 40141 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtors | ) | Bankruptcy Judge |

## NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, June 15, 2017, at 10:00 a.m.**, we will appear before the Honorable Jack B. Schmetterer or such other Judge as may be presiding in that Judge's stead, in Courtroom 682, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the **Application of Trustee's Accountant for Compensation and Reimbursement of Expenses,** a copy of which is attached hereto and served upon you herewith.

Date: May 25, 2017

**David P. Leibowitz, not individually, but as the chapter 7 trustee of the Debtor's estate**

By: _/s/ David P. Leibowitz_

David P. Leibowitz (ARDC #1612271)
LakeLaw
53 W. Jackson Street, Suite 1610
Chicago, Illinois 60604
Phone: (312) 360-1501
Facsimile: (312) 360-1502

## CERTIFICATE OF SERVICE

On May 25, 2017, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached Service List by the methods indicated therein.

_/s/ Rachel A. Leibowitz_
Paralegal

# SERVICE LIST

**Parties to receive electronic notice through CM/ECF:**

Adham Alaily on behalf of Creditor BMO Harris Bank N.A. f/k/a Harris N.A.
aalaily@ea-atty.com

Peter C Bastianen on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
ND-Four@il.cslegal.com

James J. Burns, Jr. on behalf of Debtor 1 Monik Chlad
jim@burnsbankruptcy.com, info@burnsbankruptcy.com

Shannon Cummings on behalf of Creditor Webster Bank NA
shannon@blommerpeterman.com

Michael Dimand on behalf of Creditor BANK OF AMERICA, N.A.
mdimand@aol.com, bankruptcyfilings@wirbickilaw.com

William J Factor on behalf of Plaintiff Semy Investments, Ltd.
wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com

William J Factor on behalf of Plaintiff Mitchell Chapman
wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com

Joel P Fonferko on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
ND-One@il.cslegal.com

Robert A. Habib on behalf of Defendant Eric Vehovc
robert_habib@hotmail.com

Rocio Herrera on behalf of Creditor Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Americas Wholesale Lender
rherrera@noonanandlieberman.com, rherre6@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David P Leibowitz, ESQ on behalf of Trustee David P Leibowitz, ESQ
dleibowitz@lakelaw.com, czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com

Steven C Lindberg on behalf of Creditor Real Time Resolutions Inc. as agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-E
bankruptcy@fallaw.com

Sara E Lorber on behalf of Creditor Semy Investments, Ltd., slorber@wfactorlaw.com,
slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

Jose G Moreno on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
nd-one@il.cslegal.com

Alanna G Morgan on behalf of Defendant Monik Chlad
amorgan@morganandbleylimited.com

Keevan D. Morgan on behalf of Counter-Claimant Monik Chlad
kmorgan@morganandbleylimited.com

Keevan D. Morgan on behalf of Defendant Monik Chlad
kmorgan@morganandbleylimited.com

Peter C. Nabhani on behalf of Counter-Claimant Eric Vehovc
pcnabhani@gmail.com, g30787@notify.cincompass.com

Peter C. Nabhani on behalf of Debtor 2 Eric Vehovc
pcnabhani@gmail.com, g30787@notify.cincompass.com

Peter C. Nabhani on behalf of Defendant Eric Vehovc
pcnabhani@gmail.com, g30787@notify.cincompass.com

Andrew J Nelson on behalf of Creditor Webster Bank NA
anelson@atty-pierce.com, northerndistrict@atty-pierce.com

Nisha B Parikh on behalf of Creditor Real Time Resolutions Inc. as agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-E
bankruptcy@fal-illinois.com

Jeffrey K. Paulsen on behalf of Creditor Semy Investments, Ltd.
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Jeffrey K. Paulsen on behalf of Creditor Mitchell Chapman
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Jeffrey K. Paulsen on behalf of Plaintiff Semy Investments, Ltd.
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Jeffrey K. Paulsen on behalf of Plaintiff Mitchell Chapman
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Miriam R. Stein on behalf of Creditor Northbrook Bank & Trust Company
mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

**Parties to receive notice by First Class United States Mail:**

Monik Chlad, 353 N. Des Plaines, Unit 1810, Chicago, IL 60661
Eric Vehovc, 750 N. Dearborn, Unit 2601, Chicago, IL 60654

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MONIK CHLAD ) CASE NO. 13-40141
ERIC VEHOVC )
) CHAPTER 7 CASE
)
) HON. JACK B. SCHMETTERER
DEBTOR )

TO: THE HONORABLE JACK B. SCHMETTERER
BANKRUPTCY JUDGE

**APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Popowcer Katten, Ltd., now known as Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed under Chapter 7 of the United States Bankruptcy Code on October 14, 2013. The case converted to a proceeding under Chapter 11 on May 29, 2014 and reconverted to Chapter 7 on October 6, 2014 and this court entered an order on April 28, 2015 that authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee. Effective January 1, 2017, Popowcer Katten, Ltd., merged with Kutchins, Robbins & Diamond, Ltd., and is now doing business under the name of Kutchins, Robbins & Diamond, Ltd.

2. Applicant requests $1,351.50 in compensation for 5.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period January 4, 2017 through February 27, 2017.

3. A description of the nature of the services rendered by the Applicant is as follows:
Accounting and tax services including the preparation of federal and state of Illinois final fiduciary income tax returns for the year ended December 31, 2014 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 5.3 | $255 | $1,351.50 |
| Total Fees: | 5.3 | | $1,351.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,351.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: May 25, 2017

RESPECTFULLY SUBMITTED,

*Lois West*

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124